# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 21, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158259(75)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ANTHONY RAY MCFARLANE, JR.,
        Defendant-Appellant.
_____/

SC: 158259
COA: 336187
Allegan CC: 14-018862-FC

On order of the Chief Justice, the motion of the Criminal Defense Attorneys of Michigan to extend the time for file a brief amicus curiae and to waive the fee is GRANTED. The amicus brief submitted on February 7, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 21, 2020



Clerk